UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| CHRISTOPHER KITTS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:23-cv-235-DCLC-CRW |
| CORE CIVIC ET AL., | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this action to the Nashville Division of the Middle District of Tennessee and to close this Court's file.

**SO ORDERED.**

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

*LeAnna Wilson*
CLERK OF COURT